# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00235-CV

### In re Jason Wayne McBride

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Jason Wayne McBride has filed a petition for writ of mandamus complaining that the trial court has failed to rule on numerous pro se motions. McBride bears the burden to present this Court with a record sufficient to demonstrate his right to mandamus relief. *See In re Sarkissian*, 243 S.W.3d 860, 861 (Tex. App.—Waco 2008, orig. proceeding) (observing that mandamus record failed to establish that relator requested ruling or called motion to trial court's attention and that "mere filing of a motion with a trial court clerk does not equate to a request that the trial court rule on the motion"); *see also* Tex. R. App. P. 52.7(a) (requiring a relator to file a record containing sworn copies "of every document that is material to [his] claim for relief and that was filed in any underlying proceeding").

Accordingly, because McBride failed to provide a sufficient mandamus record, his petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Filed:   May 21, 2021